431 P.2d 70

**Clifton A. SMITH, Petitioner,**

v.

**William W. LOOS, Respondent.**

**No. 8495.**

Supreme Court of New Mexico.

Aug. 24, 1967.

CHAVEZ, Chief Justice and MOISE, COMPTON and CARMODY, Justices, concurring, NOBLE, Justice, being absent and not participating.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals cause No. 40 be and the same is hereby returned to the Clerk of the Court of Appeals.

431 P.2d 70

**The NEW MEXICO ACTIVITIES ASSOCIATION, a Voluntary Association, and U. G. Montgomery, the Executive Secretary Thereof, Petitioner,**

v.

**Honorable Joe ANGEL, District Judge of the Fourth Judicial District in and for the County of San Miguel, New Mexico, Respondent.**

**No. 8515.**

Supreme Court of New Mexico.

Aug. 31, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

431 P.2d 70

**T. B. WHITE, Petitioner,**

v.

**The Honorable James M. SCARBOROUGH, District Judge, First Judicial District, Santa Fe County, New Mexico, Respondent.**

**No. 8509.**

Supreme Court of New Mexico.

Sept. 7, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of prohibition or superintending control heretofore issued herein on August 25, 1967, be and the same is hereby made permanent.